■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGELIO TOMLINSON, Appellant. [605 NYS2d 100] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Brill, J.), rendered December 4, 1991, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant was convicted based upon evidence that he sold four vials of crack cocaine to an undercover police officer for $20 during a so-called "buy and bust" operation; that within minutes of the sale the defendant and his accomplice were arrested by the backup team at the location where the transaction took place; and that the identity of the defendant as one of the sellers was confirmed by the undercover officer and another officer who had acted as the "ghost" for the undercover officer during the buy and bust operation. No drugs or money were found on the defendant when he was arrested. However, the undercover officer who made the drug